IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PAUL NICOLETTI,

    Petitioner,

    v.　　　　　　　　　　　　　　　　Civil Action No. 5:23-CV-120
　　　　　　　　　　　　　　　　　　　　　(BAILEY)

M.J. BAYLESS,

    Respondent.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 6th day of June, 2023, a true and accurate copy of Exhibit 1 [Doc. 18] and Attachments A [Doc. 18-1] and B [Doc. 18-2][1] to RESPONDENT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT and MEMORANDUM IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [Doc. 10] were furnished for delivery to the below non-CM/ECF participant via U. S. mail to:

PAUL NICOLETTI
Register Number: 55819-039
FCI MORGANTOWN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MORGANTOWN, WV 26507

                                             By:　　/s/ Maximillian F. Nogay

---

[1] The undersigned inadvertently neglected to file these attachments at the time he filed the Motion to Dismiss on May 26, 2023. The undersigned has no objection to Petitioner's motion for an extension to respond to the Motion to Dismiss.