5-23-CV-120   #20

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece. | A. Signature<br>X [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): T. Luko   C. Date of Delivery: 6-8-23 |
| 1. Article Addressed to:<br>Paul Nicoletti<br>#55819-039<br>MORGANTOWN<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>P.O. BOX 1000<br>MORGANTOWN, WV 26507 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED<br>JUN 13 2023<br>U.S. DISTRICT COURT-WHEELING, WV 26003 |
| 9590 9402 7976 2305 6714 50 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☑ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 0410 0002 2769 6615 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |