```
                              FSA Time Credit Assessment
                         Register Number:55819-039, Last Name:NICOLETTI
U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS
================================================================================================

Register Number....: 55819-039            | Responsible Facility: MRG
Inmate Name                               | Assessment Date.....: 03-26-2023
  Last.............: NICOLETTI            | Period Start/Stop...: 08-31-2021 to 03-26-2023
  First............: PAUL                 | Accrued Pgm Days....: 572
  Middle...........:                      | Disallowed Pgm Days.: 0
  Suffix...........:                      | FTC Towards RRC/HC..: 0
Gender.............: MALE                 | FTC Towards Release.: 255
Start Incarceration: 08-31-2021           | Apply FTC to Release: Yes

Start      Stop       Pgm Status   Pgm Days
08-31-2021 03-27-2022 accrue       208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
------------------------------------------------------------------------------------
Start      Stop       Pgm Status   Pgm Days
03-27-2022 03-26-2023 accrue       364
  Accrued Pgm Days...: 364
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 195
--- FSA Assessment -----------------------------------------------------------------
#    Start      Stop       Status      Risk Assignment Risk Asn Start    Factor
001  08-31-2021 09-28-2021 ACTUAL      FSA R-MIN       03-20-2022 0955   10
002  09-28-2021 03-27-2022 ACTUAL      FSA R-MIN       03-20-2022 0955   10
003  03-27-2022 09-23-2022 ACTUAL      FSA R-MIN       03-20-2022 0955   15
004  09-23-2022 03-22-2023 ACTUAL      FSA R-MIN       09-07-2022 0638   15
005  03-22-2023 09-18-2023 ACTUAL      FSA R-MIN       02-28-2023 1143   15
```

Assessment Date: 03-26-2023                        (1)                    Assessment# -2146819541